UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

IN RE:

David W. Allen
Chrystal S. Allen
    Debtor(s)

CHAPTER 13
CASE NO. 23-60415

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Comes now, Stephen E. Dunn, PLLC, Counsel for Debtor, and herein, and respectfully requests that he be withdrawn as counsel for the debtor in relation to the above styled case.

1. The Debtor filed a Chapter 13 case, by counsel, on April 11, 2023.
2. At the time of filing, Debtors informed counsel that a 2018 Sand Piper Travel Trailer had been burned up in a fire in Tennessee and that they did not know of the location of said Travel Trailer.
3. A motion to dismiss was filed by the creditor on November 4, 2025.
4. In discussing the substance of the motion with the Debtors, Counsel for Debtors has determined circumstances have arisen that make continued representation difficult and that good cause exists for withdrawal.

WHEREFORE, the undersigned Counsel prays that this Motion be granted and that Stephen E. Dunn be withdrawn as counsel of record in relation to the above styled case.

Dated: 11/182025

/s/ Stephen E. Dunn, Esq.
Of Counsel

Stephen E. Dunn, Esq., VSB No. 26355
Bryan James Palmer Esq., 45729
Stephen E. Dunn, PLLC
201 Enterprise Dr., Suite A
Forest, Va. 24551
Phone: 434-385-4850
Email: stephen@stephendunn-pllc.com
       jim@stephendunn-pllc.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

IN RE:

David W. Allen                                              CHAPTER 13
Chrystal S. Allen                                           CASE NO. 23-60415
      Debtor(s)

---

NOTICE OF HEARING ON MOTION TO WITHDRAW AS COUNSEL OF RECORD

Please take notice that Counsel for the above-named Debtor(s) filed Motion to Withdraw as Counsel of Record in the above case, a true copy of which is attached hereto, and shall submit the same to the Honorable Rebecca B. Connelly, Bankruptcy Judge, for approval and confirmation on November 25, 2025, 9:30 a.m., or as soon thereafter as the parties may be heard by Video Conferencing URL: https://vawb-uscourts-gov.zoomgov.com/j/1603692643; Meeting Id: 160 369 2643.

    I do hereby certify that a copy of this Notice and Motion have been sent to the Chapter 13 Trustee by ECF Mail, to the Debtor and all creditors by first class postage prepaid mail in this case on the after mentioned date.

Dated: 11/18/2017                                           /s/ Stephen E. Dunn, Esq.
                                                                  Of Counsel

Stephen E. Dunn, Esq., VSB No. 26355
Bryan James Palmer Esq., 45729
Stephen E. Dunn, PLLC
201 Enterprise Dr., Suite A
Forest, Va. 24551
Phone: 434-385-4850
Email: stephen@stephendunn-pllc.com
       jim@stephendunn-pllc.com