

SIGNED November 25, 2025
THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| In re: David W Allen and Crystal S Allen | CASE NO. 23–60415 |
|---|---|
| Debtor(s) | CHAPTER 13 |

### ORDER DISMISSING CASE

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

ORDERED

that the above case(s) and all related pending motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed.

It is further

ORDERED

that upon the trustee filing a final report herein, the same shall be deemed approved without further order, trustee's bond shall be released and the trustee shall be discharged from further liability herein unless proper objection is made to said final report within thirty (30) days after filing of same or such extended time as may be granted upon proper application made within said thirty (30) day period. If the Discharge Order has been issued, the same is recinded.

If the case is a Chapter 13 case, it is further

ORDERED

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee. In the alternative, if the debtor(s) established electronic payments to be paid to the trustee, the debtor or the trustee, if able, should immediately cease all future scheduled payments, if any.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

van02

**END OF ORDER**

United States Bankruptcy Court

Western District of Virginia

| | |
|---|---|
| In re: | Case No. 23-60415-rbc |
| David W Allen | Chapter 13 |
| Crystal S Allen | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0423-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 25, 2025 | Form ID: van02 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David W Allen, Crystal S Allen, 9890 Stewartsville Rd, Goodview, VA 24095-2947 |
| cr | + | SF-ALP, LLC, 10410 Kensington Parkway, Suite 304, Kensington, MD 20895-2948 |
| 5148651 | + | Bedford Animal Hospital, 1064 Centerville Rd, Bedford, VA 24523-3331 |
| 5163524 | + | SF-ALP, LLC, 10410 Kensington Pkwy, Suite 304, Suite 304, Kensington, MD 20895-2948 |
| 5148663 | + | Shenandoah Legal Group P.C., for Snap On Credit LLC, 3807 Brandon Ave, Suite 2425, Roanoke, VA 24018-1445 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Nov 25 2025 21:23:41 | WELLS FARGO BANK, NA, BWWLaw Group, LLC, 8100 Three Chopt Rd., Suite 240, Richmond, VA 23229-4833 |
| 5156796 | | Email/PDF: bncnotices@becket-lee.com | Nov 25 2025 21:33:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5148650 | + | Email/PDF: bncnotices@becket-lee.com | Nov 25 2025 21:33:49 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5148652 | + | EDI: JPMORGANCHASE | Nov 26 2025 03:39:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 5148653 | + | Email/Text: bankruptcy@credencerm.com | Nov 25 2025 21:27:00 | Credence Resource Management, LLC, for Dish Network LLC, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 5148654 | | Email/Text: paulnguyen@denefits.com | Nov 25 2025 21:26:00 | Denefits Llc, 16500 Bake Pkwy, Irvine, CA 92618-5602 |
| 5148655 | + | Email/Text: scottm@first-american.net | Nov 25 2025 21:26:00 | Fstampay-mermaclse Acq, 100 Throckmorton St Ste, Ft Worth, TX 76102-2870 |
| 5148656 | + | EDI: LCIICSYSTEM | Nov 26 2025 03:39:00 | IC Systems, Inc, for Directv, Po Box 64378, St. Paul, MN 55164-0378 |
| 5148657 | | EDI: IRS.COM | Nov 26 2025 03:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5148658 | + | EDI: CAPITALONE.COM | Nov 26 2025 03:39:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5148665 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Nov 25 2025 21:26:00 | State Farm Bank, Attn: Bankruptcy, Po Box 3298, Milwaukee, WI 53201 |
| 5150891 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2025 21:45:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5153022 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| District/off: 0423-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 25, 2025 | Form ID: van02 | Total Noticed: 30 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 25 2025 21:33:56 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5148659 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 25 2025 21:33:49 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5316733 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 25 2025 21:26:00 | Nationstar Mortgage, LLC, C/O Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741 |
| 5148660 | | EDI: PRA.COM | Nov 26 2025 03:39:00 | Portfolio Recovery Associates, LLC, for Barclays Bank Delaware, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5148661 | | EDI: PRA.COM | Nov 26 2025 03:39:00 | Portfolio Recovery Associates, LLC, for Capital One Bank USA NA, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5148662 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2025 21:32:51 | Resurgent Capital Services, for Credit One Bank USA NA, Po Box 10497, Greenville, SC 29603-0497 |
| 5148664 | | Email/Text: legalservices12@snaponcredit.com | Nov 25 2025 21:26:00 | Snap-on Credit, Attn: Bankruptcy, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 5150018 | | Email/Text: legalservices12@snaponcredit.com | Nov 25 2025 21:26:00 | Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 5148667 | | Email/Text: repogroup@vystarcu.org | Nov 25 2025 21:27:00 | Vystar Credit Union, Attn: Bankruptcy, Po Box 45085, Jacksonville, FL 32232 |
| 5148666 | + | Email/Text: va_tax_bk@harriscollect.com | Nov 25 2025 21:27:00 | Virginia Department of Taxation, PO BOX 2156, Richmond, VA 23218-2156 |
| 5153244 | + | EDI: WFHOME | Nov 26 2025 03:39:00 | Wells Fargo Bank, NA, Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 5150196 | ^ | MEBN | Nov 25 2025 21:23:40 | Wells Fargo Bank, NA, BWW Law Group LLC, 8100 Three Chopt Rd Suite 240, Richmond, VA 23229-4833 |
| 5148668 | + | EDI: WFHOME | Nov 26 2025 03:39:00 | Wells Fargo Home Mortgage, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage, LLC d/b/a Mr. Cooper |
| cr | *P++ | SNAP ON CREDIT, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339, address filed with court:, Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0423-6 | User: admin | Page 3 of 3
Date Rcvd: Nov 25, 2025 | Form ID: van02 | Total Noticed: 30

Date: Nov 27, 2025         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela M. Scolforo (499275) | ascolforo@cvillech13.net |
| Barry Spear | on behalf of Creditor WELLS FARGO BANK NA barry.spear@bww-law.com, Bankruptcy@bww-law.com |
| Stephen E. Dunn | on behalf of Joint Debtor Crystal S Allen stephen@stephendunn-pllc.com jessica@stephendunn-pllc.com,michelle@stephendunn-pllc.com,sherry@stephendunn-pllc.com,dunnmr75679@notify.bestcase.com,amee@stephendunn-pllc.com,kelly@stephendunn-pllc.com,jim@stephendunn-pllc.com |
| Stephen E. Dunn | on behalf of Debtor David W Allen stephen@stephendunn-pllc.com jessica@stephendunn-pllc.com,michelle@stephendunn-pllc.com,sherry@stephendunn-pllc.com,dunnmr75679@notify.bestcase.com,amee@stephendunn-pllc.com,kelly@stephendunn-pllc.com,jim@stephendunn-pllc.com |
| Timothy James Lovett | on behalf of Creditor SF-ALP LLC tlovett@spilmanlaw.com, jenny.martin@wrvblaw.com |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |

TOTAL: 6